HAROLD MAYER ET AL. *v.* ANDREW W. EVANS ET AL.
(6235)

BORDEN, O'CONNELL and STOUGHTON, Js.

Submitted on briefs November 1—decision released November 17, 1988

*Philip F. Spillane* and *James D. Hirschfield* filed a brief for the appellants (defendants).

*Murray J. Kessler* filed a brief for the appellees (plaintiffs).

PER CURIAM. There is no error.